CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MATTHEW R. ORR (SBN: 211097)
morr@calljensen.com
MICHAEL S. ORR (SBN: 196844)
msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 717-3000
Facsimile: (949) 717-3100
Attorneys for Defendant
Kohl's Department Stores, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOBBY COLSTON, | Case: 3:18-CV-01925-EMC |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation; and Does 1-10, | |
| Defendants. | |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 3, 2019        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace
Attorneys for Plaintiff

Dated: January 3, 2019        CALL & JENSEN

By: /s/ Michael S. Orr
Matthew R. Orr
Michael S. Orr
Attorneys for Defendants
Kohl's Department Stores, Inc.

DATED: January 3, 2019



IT IS SO ORDERED
Judge Edward M. Chen